IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JONATHAN R. ZELL, )
)
    Plaintiff, )
)
) Civil Action 2:18-cv-00789
) Chief Magistrate Judge Elizabeth P. Deavers
v. )
)
)
FRANK STEPHEN MILLS, )
)
    Defendant. )

## ORDER AND JUDGMENT

The Court has before it Plaintiff Jonathan R. Zell's Motion for Entry of Default Judgment (ECF No. 33). Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on August 12, 2018. An affidavit of said service has been filed with the Court. (ECF No. 6.) On April 22, 2019, the Clerk of the Court for the United States District Court for the Southern District of Ohio declared that defendant – who is not an infant or incompetent person – is in default for failure to plead or otherwise defend this action. (ECF No. 14.)

Plaintiff filed his motion for entry of default judgment on September 12, 2019 based on a Demand Note for $113,658.00 payable to plaintiff and signed by defendant on August 23, 2017 in connection with a prior interest-free loan in the same amount made to defendant by plaintiff. *See* Complaint at 4. Defendant has repaid only $2,000.00 of this loan (which occurred after the filing of the complaint). Accordingly, plaintiff seeks (1) an order compelling defendant to pay $111,658.00; and (2) interest on the amount due until the debt is paid in full. *See* Complaint at 8. On July 11, 2019, the Court issued an order for

defendant to show cause by July 25, 2019 why a default judgment should not be entered in favor of plaintiff. (ECF No. 29.) Defendant has failed to respond to that order. Thus, plaintiff's motion for entry of default judgment will be granted. *See* Fed. R. Civ. P. 55(b)(2). Accordingly, it is hereby

**ORDERED** that Plaintiff Jonathan R. Zell's Motion for Entry of Default Judgment (ECF No. 33) is **GRANTED**; it is

**FURTHER ORDERED** that the Court **DECLARES** that defendant owes to plaintiff the sum of $111,658.00, representing an unpaid loan; it is

**FURTHER ORDERED** that defendant shall pay the $111,658.00 debt plus interest on the amount due until the debt is paid in full; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**IT IS SO ORDERED.**

DATE: September 16, 2019

ELIZABETH A. PRESTON DEAVERS
Chief United States Magistrate Judge